CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiffs
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARTHA RUSS SCHIFFAHRTS, as owner, and
ERNST RUSS GMBH & CO KG, as manager of
the MV MARTHA RUSS,
        Plaintiffs,

  v.

CHINA CHANGJIANG NATIONAL SHIPPING
CORPORATION JIANGDONG SHIPYARD

        Defendants.
------------------------------------------------------------------X

**STATEMENT PURSUANT TO RULE 7.1**



Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs, MARTHA RUSS SCHIFFAHRTS, and ERNST RUSS GMBH & CO KG, certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

Dated: Port Washington, New York
   May 9, 2008

            CHALOS, O'CONNOR & DUFFY, LLP
            Attorneys for Plaintiffs

       By: _____
            Owen F. Duffy (OD-3144)
            George E. Murray (GM-4172)
            366 Main Street
            Port Washington, New York 11050
            Tel: (516) 767-3600
            Fax: (516) 767-3605