JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## 08 CV 4410

-------------------------------------------------------------------X

MARTHA RUSS SCHIFFAHRTS, as owner, and
ERNST RUSS GMBH & CO KG, as manager of
the MV MARTHA RUSS,

Plaintiff,

v.

CHINA CHANGJIANG NATIONAL SHIPPING
CORPORATION JIANGDONG SHIPYARD

Defendants.

-------------------------------------------------------------------X

08 CV ____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

ORDER APPOINTING A
SPECIAL PROCESS
SERVER

An application having been made by Plaintiff for an Order Appointing a Special
Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 9th day
of May, 2008, and good cause having been shown, it is hereby

**ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy,
LLP be and is hereby appointed, in addition to the United States Marshal, to serve the
Process of Maritime Attachment and Garnishment and Verified Complaint upon the
garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based
upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on
account of, the Defendant, CHINA CHANGJIANG NATIONAL SHIPPING
CORPORATION JIANGDONG SHIPYARD.

Dated: New York, New York
May 7, 2008

SO ORDERED:

_____
U. S. D. J.