PATTERSON, J

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiffs,
MARTHA RUSS SCHIFFAHRTS, and
ERNST RUSS GMBH & CO KG
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTHA RUSS SCHIFFAHRTS, as owner, and
ERNST RUSS GMBH & CO KG, as manager of
the MV MARTHA RUSS,

                Plaintiffs,

    v.

CHINA CHANGJIANG NATIONAL SHIPPING
CORPORATION JIANGDONG SHIPYARD

                Defendant.
------------------------------------------------------------X

08 CV 4410 (RPP)

**NOTICE OF
<u>VOLUNTARY DISMISSAL</u>**

    PLEASE TAKE NOTICE that the above-captioned action is hereby voluntarily dismissed without prejudice by Plaintiffs, MARTHA RUSS SCHIFFAHRTS, and ERNST RUSS GMBH & CO KG, as to the Defendant, CHINA CHANGJIANG NATIONAL SHIPPING CORPORATION JIANGDONG SHIPYARD, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. The Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

FURTHERMORE, the Process of Maritime Attachment and Garnishment issued by this Court, by Order dated May 9, 2008, is hereby vacated and any and all funds attached pursuant to that Process of Maritime Attachment and Garnishment are to be released by the garnishee(s) named therein.

Dated: Port Washington, New York
       July 23, 2008

                                            CHALOS, O'CONNOR & DUFFY LLP
                                            Attorneys for Plaintiffs,
                                            MARTHA RUSS SCHIFFAHRTS, and
                                            ERNST RUSS GMBH & CO KG,

                        By: _____
                                            Owen F. Duffy (OD-3144)
                                            366 Main Street
                                            Port Washington, New York 11050
                                            Tel:   516-767-3600
                                            Fax:  516-767-3605

**SO ORDERED:**

Dated: New York, New York
       July 24, 2008

                                            _____
                                            Hon. Robert P. Patterson, Jr., U.S.D.J.